AO91 (Rev. 12/03) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

*January 23, 2022*

Nathan Ochsner, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
**vs.**

Francisco REYES-Martinez
A076 235 046  Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:22-MJ- **154**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  January 22, 2022  in  Cameron  County, in the  Southern District Of Texas  defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)/(b)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 22, 2022. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on August 11, 2016. The defendant was convicted of Alien Unlawfully Found in the United States After Deportation, Having been Previously Convicted of a Felony on June 22, 2016. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Troncoso, Jose L.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

January 23, 2022                              at   Brownsville, Texas
Date                                                City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge

Signature of Judge